IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-316-FL

COACH, INC.                                  )
and COACH SERVICES, INC.,                    )
                                             )
                 Plaintiff,                  )
                                             )
        v.                                   )                    ORDER
                                             )
ASSOCIATES OF RALEIGH, INC.                  )
doing business as Watson's Flea Market       )
and DOES 1 THROUGH 100,                      )
                                             )
                 Defendants.                 )

This matter comes now before the court upon joint motion for court-hosted settlement

conference. The court has adopted certain local rules that provide in the ordinary course, for the

parties' resort to private mediator services unless otherwise ordered. Reference is made also to the

court's case management order. Where no special showing has been made as to why a private

mediator cannot facilitate the parties' efforts to resolve the issues in dispute, without more, the

parties' motion is denied. Where the parties were to provide by December 15, 2011, joint

correspondence to the court indicating the identity of the individual selected to serve as their

mediator and date for mediation, and this time has expired, the parties shall have fourteen (14) days

from date of entry of this order within which to comply with these provisions of the case

management order.

        SO ORDERED, this the 16th day of December, 2011.

                                        _____
                                        LOUISE W. FLANAGAN
                                        United States District Court Judge