IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-316

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) **ORDER** |
| ASSOCIATES OF RALEIGH, INC., d/b/a WATSON'S FLEA MARKET, and DOES 1 through 100, | ) ) ) ) |
| Defendants. | ) ) |

Plaintiffs Coach, Inc. and Coach Services, Inc. notified this Court that the parties have reached a settlement in principle of all claims, and that the parties intend to file a Stipulation of Dismissal no later than September 14, 2012. IT IS HEREBY ORDERED as follows:

1. In light of the Parties having reached settlement as to all matters in the case, all deadlines are hereby stayed pending the finalization of the necessary settlement documents between the Parties; and

2. The Parties shall file their Stipulation of Dismissal on or before September 14, 2012, or notify the Court if additional time is required in order to do so.

IT IS SO ORDERED.

This the  21  day of August, 2012.

_____
Louise Wood Flanagan
United States District Court Judge